1

**YVETTE WEINSTEIN**
Trustee in Bankruptcy
2   6450 Spring Mountain Rd., Ste 14
Las Vegas, NV 89146
3   (702) 364-8919

<div style="border:1px solid">**E-FILED: 02/14/2011**</div>

4

5   ### UNITED STATES BANKRUPTCY COURT

6   ### DISTRICT OF NEVADA

7   In re:                                    )    Case No. BK-S 10-33131 MKN
                                             )
8   GIL, JENNY                                )    IN PROCEEDINGS UNDER CHAPTER 7
                                             )
9                                             )    **ABANDONMENT**
                                             )
10                                            )
                                             )
11                  Debtor(s).                )
                                             )
12  _____ )

13

14  TO: ALL PARTIES IN INTEREST

15      PLEASE TAKE NOTICE that in accordance with the provisions of 11 U.S.C. 554(a) and

16  based on the information currently available to the Trustee, the Trustee herein has given parties

17  in interest notice of an opportunity for a hearing and notice of her intention to abandon

18  hereinafter described property.  The Trustee has received no objections to her proposal of

19  abandonment.  Accordingly, the Trustee herein abandons the following property generally

20  described as:

21

22          **5563 White Cap Street, Las Vegas, NV 89110**

23

24  DATED:  __February 14, 2011__          _____*/s/ Yvette Weinstein*_____
                                            Yvette Weinstein, Trustee in Bankruptcy
25

26

27

28